UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00345-GMN-GWF |
|---|---|
| Plaintiff, | ORDER TO RETURN SURRENDERED PASSPORT TO U.S. DEPARTMENT OF STATE |
| v. | |
| RANDOLPH H. GOLDBERG, | |
| Defendant. | |

On September 21, 2012, defendant Randolph H. Goldberg surrendered his passport to the Clerk of Court pursuant to an Order on conditions of pretrial release. Sentencing and Disposition was held on May 23, 2013 (ECF No. 47). Judgment was entered and the case was closed. Therefore, the Clerk is hereby directed to return defendant's surrendered passport to the U.S. Department of State.

IT IS SO ORDERED.

Dated this __3__ day of August 2023.

_____
Gloria M. Navarro
United States District Judge